15 A.3d 43

## EQUITY ONE, INC.

v.

## Charmaine Colon McCOULLUM.

**Petition of Charmaine Prater.**

**No. 130 EM 2010.**

Supreme Court of Pennsylvania.

Dec. 1, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of December, 2010, the Petition for Review is **DENIED.**

15 A.3d 43

## Damien MIKELL, Appellant

v.

## PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.

**No. 47 EAP 2009.**

Supreme Court of Pennsylvania.

Jan. 18, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of January, 2011, the Order of the Commonwealth Court is **AFFIRMED.**